**FOR PUBLICATION**

FEB 11 2011

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **STATE OF CALIFORNIA, ex rel. Edmund G. Brown Jr.**, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> **SAFEWAY, INC., a Safeway Company doing business as Vons; ALBERTSONS, INC.; RALPHS GROCERY COMPANY, a division of the Kroger Company; FOOD 4 LESS FOOD COMPANY, a division of the Kroger Company; VONS COMPANIES, INC., an indirect, wholly owned subsidiary of Safeway, Inc.**, <br><br> Defendants - Appellees. | No. 08-55671 <br><br> D.C. No. 2:04-cv-00687-AG-SS <br><br> **ORDER** |

| | |
|---|---|
| **STATE OF CALIFORNIA, ex rel. Edmund G. Brown Jr.**, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> **SAFEWAY, INC., a Safeway Company doing business as Vons; ALBERTSONS, INC.; RALPHS GROCERY COMPANY, a division of the Kroger Company; FOOD 4 LESS FOOD COMPANY, a division of the Kroger Company; VONS COMPANIES, INC. an indirect, wholly owned subsidiary of Safeway, Inc.**, <br><br> Defendants - Appellants. | No. 08-55708 <br><br> D.C. No. 2:04-cv-00687-AG-SS |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judges Bybee and Murguia did not participate in the deliberations or vote in this case.